AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

STEVEN BRAUNSTEIN,

       Plaintiff,         JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: **3:07-cv-0616-ECR-RAM**

STATE OF NEVADA, et al.,

       Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Petitioner's #1 Application to Proceed *in Forma Pauperis* is DENIED without prejudice. IT IS FURTHER ORDERED that Petitioner's #1-2 Motion for Appointment of Counsel is DENIED. IT IS FURTHER ORDERED that this action shall be DISMISSED without prejudice.

|  |  |
|---|---|
| May 1, 2009 | **LANCE S. WILSON** |
|  | Clerk |
|  |  |
|  | /s/ Kalani Lizares |
|  | Deputy Clerk |